IN FOR THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

SEE ATTACHMENT FOR PLAINTIFFS,

V.

BOB RILEY, GOVERNOR;
DONAL CAMPBELL, COMMISSIONER;
LEEPOSEY DANIELS, WARDEN;
FRANKLIN BROWN, COII,
          Defendants.

CIVIL ACTION NO.: 2:05CV0669F
(To Be Supplied By Clerk)

## JUDICIAL NOTICE

Comes now the Plaintiffs in the above Style Civil Action hereby respectfully moves the District Court to take Judicial Notice that the above named defendants refuses to provide us the Plaintiffs with the financial records for forma pauperis status to seek access to the Courts as required by the 1st Amendment of the United States Constitution. See <u>Bounds v. Smith</u>, United States Supreme Court's decision. Plaintiffs seek a declaratory order to be directed to the above named Defendants to comply and provide this Court with the proper financial records of Plaintiffs. See Exhibit (A)

Done this the 19th day of July 2005

SCANNED

Respectfully Submitted,
<u>See Attachment for Plaintiffs Signatures</u>

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

*FOR PLAINTIFFS SEE ATTACHMENT HERETOO...*
Full name and prison number of plaintiff(s)

v.

*BOB RILEY, GOVERNOR; DONAL CAMPBELL, COMMISSIONER; LEEPOSEY DANIELS, WARDEN and FRANKLIN BROWN, COII, et al.,*

Name of person(s) who violated your constitutional rights. (List the names of all the persons.)

CIVIL ACTION NO. 2:05CV669-F
(To be supplied by Clerk of U.S. District Court)

RECEIVED
2005 JUL 20  A 10: ?2

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court (if federal court, name the district; if state court, name the county) _____N/A_____

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. PLACE OF PRESENT CONFINEMENT _Montgomery Community Work Center, P.O. Box 75, Mt. Meigs, Alabama 36057_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Montgomery Community Work Center For The Alabama Department of Corrections_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME — ADDRESS

   1. _Bob Riley, Governor, 11 South Union Street, Montgomery, AL 36130_
   2. _Donal Campbell, Commissioner, 64 North Union Street, Montgomery, AL 36130_
   3. _Lee Posey Daniels, Warden, P.O. Box 75, Mt. Meigs, AL 36057_
   4. _Franklin Brown, COII, P.O. Box 75, Mt. Meigs, AL 36057_
   5. _____
   6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Upon arrival to the Alabama Department of Corrections and Montgomery Community Work Center, and continuously._

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Defendants Riley, Campbell, Daniels and Brown reckless deprivation of Plaintiff's 8th and 14th Amendment of the United States Constitution, and punitive segregation. See PUGH V. LOCKE, 406 F. Supp. 318 (1976) and NEWMAN V. STATE OF ALABAMA, 559 F.2d 283 (1977)._

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiffs have been placed in Alabama prisons that are overcrowded, dilapidated and understaffed total lack of security, Barbaric Conditions by defendants Riley, Campbell, Daniels and Brown reckless disregard for the Eighth and Fourteenth Amendment of the United States Constitution for Plaintiffs to be Protected from Cruel and Unusual Conditions. See Exhibit (A) attached hereto...

GROUND TWO: Defendants Leeposey Daniels and Franklin Brown violated Plaintiffs 8th and 14th Amendments of the United States Const. by reckless punitive means,

SUPPORTING FACTS: On July 10, 2005, Plaintiffs was placed in a imminent danger and health hazard situation by defendants Daniels and Brown reckless disregard to make meaningful preparations for hurricane Dennis by failing to have a backup generator after being warn by weathermen, and upon the power outage defendant Brown ordered maintance man Webter to turn off the Security lights in order to create a deliberate punitive lockdown situation without any opportunity to contest as Admin. Reg. 403 and the 14th Amend. U.S.C.A. require.

GROUND THREE: _____

_____

SUPPORTING FACTS: _____

_____
_____
_____
_____
_____
_____

3

VI. STATE BRIEFLY, EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

*Protect interest of class as a whole pursuant to Fed. Rules Civ. Proc. Rule 23 (a), (b)(2). Plaintiff seek declaratory judgment for undisputable issue of overcrowdiness pursuant to rule 56 (c) Fed. Rules Civ. Proce., and seek monetary damages of twenty million dollars for lost of Plaintiffs rights on punitive and reckless disregarded basis by defendants in bad faith. That Article III be invoked to the fullest.*

*See Attached Sheet For Gross number of Plaintiffs Signatures.*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  7-19-05  .
(Date)

*See Attached Sheet For Gross number of Plaintiffs Signatures*
Signature of plaintiff(s)

4

<u>ATTACHMENT OF PLAINTIFFS & SIGNATURES</u>
<u>IN 42 USCS § 1983 CLASS ACTION</u>
<u>BELOW</u>:

LOCATION OF ALL PLAINTIFFS ADDRESS IS P.O. Box 75, Mt. Meigs, Alabama 36057.

1. _[signature]_ 234270
2. _Titus Rambert_ 206514
3. _Galorrie Williams_ 181008
4. _Edgall Gordon_ 232983
5. _Ned J. Davis_ 145394
6. _Horace Greer_ 141886
7. _Jeffrey Woods_ 152135
8. _Feadis Daniels_ 224247
9. _George Walker_ 221537
10. _[signature]_ 203455
11. _Billy Bauer_ 202451
12. _Jill Ranger Pickett_ 128361
13. _Walter Jackson_ 228920
14. _James Orr_ 140994
15. _Antonio Felder_ 172756
16. _Javarus Ridgeway_ 198019
17. _Eric McCall_ #63053
18. _Nicholas Ozier_ #216531
19. _[signature]_ #230053
20. _NATHANIEL HAILS_ #128080
21. _James Chapman_ #194309
22. _William Ice_ #205066
23. _Anthony Davis_ RDON
24. _Terry Rumph_ 232759
25. _Ronald Ellen_ 214183
26. _Gabrielle R. Brockinns_ #236998
27. _James Green_ #194975
28. _Derrick Martin_ 180946
29. _Charles Boyd_ #228764
30. _LaJuan Brown_ #226444
31. _Edgar Miller III_ 208355
32. _Paul M_ #201721
33. _Gregory Turner_ #187460
34. _Billy Heatherly_ #236073
35. _Barry Gallaway_ 199564
36. _Kenneth Scott_ #162488
37. _CASSIUS SMALL_ #198400
38. _Henry Geiger_ #164309
39. _[signature] Looney_ 139824
40. _Antwan Byrd_ 159837
41. _Chris Sisler_ 163040
42. _Gary Reeves_ 240898
43. _Shaun Carloni_ #185836
44. _David Jordan_ #223624
45. _Arion Clayton_ #184075
46. _[signature]_ 189027
47. _Charles Cleveland_ 149334
48. _Morris White_ 223388

49. Don Willimas 138268
50. Shamar Shanes 206681
51. Jermaine Bradow 152183
52. Bobby Pitts 212976
53. Anthony D. Clark - 146792
54. Reco Hartley - 232636
55. Kitrick B. Johnson - 230769
56. Jermaine Pate - 234698
57. Donald Davis - 127981
58. Gregory Copeland 165714
59. Joseph McCray 135167
60. Chando Rankins 240330
61. Barry Turner 208389
62. Rodrick Wilson 233110
63. Glenn Windham 138323
64. Eddie Cruz 127664
65. Guy Henderson 201998
66. Larry Wilson 175723
67. Tom Jacobs 198671
68. Shannon Turner 173409
69. Stacy Johnson 172854
70. Gerald Dwal 166571
71. Jonathan Johnson 229028
72. Anthony Hawkins - 167159
73. Roger Heard #179768
74. Charles E. Sanders 227060
75. Richard Curtis 176781
76. Charles Bibb 170478
77. Sillvester Hughley #132253

78. Calvin L White 228271
79. James Jackson 161001
80. Oronda Powell #141620
81. Charles Lewis 152292
82. Marquis Hale 232509
83. Edward Sanders 150959
84. Joe Reere #192825
85. Alborn Glenn - 184684
86. La Shaun Johnson 216673
87. Jonathan Rout 234349
88. Jerome B. Allen 230269
89. James Williams 155160
90. Chris Hanson #232304
91. Rick Stripling 172558
92. Jonath Reed 221812
93. Charlie Arrington 152955
94. Nikil Nerreda 234282
95. Kenneth Davidson 228002
96. Barry Simpleton 185766
97. Bro. Willie E. Dunklin E.L. #174406  23000
98. ryan witte
99. Brain Curry 220196
100. Edmond Reese 228861
101. Dwight Tibble 178804
102. Philip Morris 214530
103. David Ru 232554
104. Marcus Brooks #199031
105. Jarez Bell 194095
106. Dennis

| # | Name | ID | # | Name |
|---|---|---|---|---|
| 107 | Michael Crutcher Ais | 210494 | 136 | N/A |
| 108 | Danny Dagnan | 209520 | 137 | N/A |
| 109 | James M. Bostick | 175501 | 138 | N/A |
| 110 | Tavares Fletcher | 198739 | 139 | N/A |
| 111 | Anthony Hitchcock | 190243 | 140 | N/A |
| 112 | Derrico L. Davis | 185791 | 141 | N/A |
| 113 | Ledell Williams | 129222 | 142 | N/A |
| 114 | Alston Rice | 227989 | 143 | N/A |
| 115 | Otis Westbrook | 178580 | 144 | N/A |
| 116 | Mr. T. E. McEnty | 195204 | 145 | N/A |
| 117 | Rickey Funches | 143982 | 146 | N/A |
| 118 | N/A | | 147 | N/A |
| 119 | N/A | | 148 | N/A |
| 120 | N/A | | 149 | N/A |
| 121 | N/A | | 150 | N/A |
| 122 | N/A | | 151 | N/A |
| 123 | N/A | | 152 | N/A |
| 124 | N/A | | 153 | N/A |
| 125 | N/A | | 154 | N/A |
| 126 | N/A | | 155 | N/A |
| 127 | N/A | | 156 | N/A |
| 128 | N/A | | 157 | N/A |
| 129 | N/A | | 158 | N/A |
| 130 | N/A | | 159 | N/A |
| 131 | N/A | | 160 | N/A |
| 132 | N/A | | 161 | N/A |
| 133 | N/A | | 162 | N/A |
| 134 | N/A | | 163 | N/A |
| 135 | N/A | | 164 | N/A |