IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARL ANDRE MOORE, #234270, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-669-F |
| | ) | |
| BOB RILEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

A group of inmates confined at the Montgomery Community Work Center filed this case under 42 U.S.C. § 1983 in which they seek to challenge the conditions of confinement within the Alabama prison system.[1] The court did not receive a motion for leave to proceed *in forma pauperis* pursuant to the provisions of 28 U.S.C. § 1915(d) from any named plaintiff. The Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id*. Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Limit the instant cause of action to the first plaintiff listed in the complaint.

2. Strike all other inmates as plaintiffs.

3. Provide inmate Moore with a copy of the form affidavit used by persons seeking

---

[1] An attachment to the complaint lists 117 inmates as potential plaintiffs in this cause of action.

to proceed *in forma pauperis* before this court.

The plaintiff is advised that any other inmate who seeks to challenge the constitutionality of the conditions of confinement to which he is subjected may do so by filing a ***separate*** 42 U.S.C. § 1983 action. Any complaint filed in this court must be accompanied by either an affidavit in support of the respective plaintiff's motion for leave to proceed *in forma pauperis* accompanied by an inmate account statement ***or*** the $250.00 filing fee.

Done this 26th day of July, 2005.

                    /s/Charles S. Coody
                CHARLES S. COODY
                CHIEF UNITED STATES MAGISTRATE JUDGE