IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL ANDRE MOORE, #234270, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv669-F |
| | ) |
| BOB RILEY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### **ORDER**

On July 26, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 5) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. That the Recommendation be and is hereby ADOPTED.

2. That the plaintiff's motion to for class certification be and is hereby DENIED.

3. That this case be and are hereby REFERRED BACK to the Magistrate Judge for additional proceedings.

Done this the 17th day of August 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE