# #2:05-cv-00669-MEF

# DOCUMENT #9

# MOTION FOR INJUNCTION
# AND
# TEMPORARY RESTRAINING ORDER
# STRICKEN FROM THE RECORD
# PURSUANT TO
# COURT ORDER, DOC. #10.