IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL ANDRE MOORE, #234270, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-669-F |
| | ) |
| BOB RILEY, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On August 17, 2005, Joe Ranger Pickett, a state inmate, submitted a motion for injunction and motion for restraining order which the Clerk filed in this case. *See Court Doc. No. 9.* Pursuant to the orders entered in this case, inmate Pickett is not a party to this cause of action.[1] Thus, his motions are not properly before this court as the document containing such motions is not signed by a party. *See* Rule 11, *Federal Rules of Civil Procedure.* Accordingly, the CLERK is hereby DIRECTED to strike the motion for injunction and motion for restraining order from the docket in this case and return this document to inmate Pickett.

Done this 22nd day of August, 2005.

       /s/Charles S. Coody
       CHARLES S. COODY
       CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that Joe Ranger Pickett has been a frequent litigant in this court who has run afoul of the "three strikes" provision of 28 U.S.C. § 1915(g). Thus, inmate Pickett cannot bring a civil action in this court or any other federal court without prepayment of the $250 filing fee, unless he is "under imminent danger of serious physical injury" at the time the complaint is filed.