IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARL ANDRE MOORE, #234270,, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-669-F |
| ) | |
| BOB RILEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before **September 5, 2005** the plaintiff shall show cause why his complaint should not be dismissed for his failure to file an amended complaint and provide the requisite financial information as required by the orders entered on July 26, 2005. *See Court Doc. No. 2* and *Court Doc. No. 4*.

The plaintiff is *cautioned* that if he fails to file a response to this order the undersigned will recommend that this case be dismissed.

Done this 22nd day of August, 2005.

          /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE